FEB 17 2005

FILED
2005 FEB 23 P 3:31
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 3:02 CR248 (EBB) |
| VS. | : | |
| EMILIO COLAGIOVANNI | : | FEBRUARY 15, 2005 |

## MOTION FOR RETURN OF PROPERTY

The Defendant, Emilio Colagiovanni, respectfully requests the Court to order a return of property for the following items:

1. Mortgage papers for 2800 Greenlawn Avenue, Seven Hills, Ohio.

2. Mortgage papers for 499 E. Docker Drive, Seven Hills, Ohio.

THE DEFENDANT
EMILIO COLAGIOVANNI

By _____
John R. Gulash, Jr., Esq.
Gulash & Riccio
350 Fairfield Ave.
Bridgeport, CT  06601
(203) 367-7440
Fax (203) 336-8379
Bar No. CT05093

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed U.S. first class, postage prepaid on this the 15th day of February, 2005, to the following parties of record:

Robert Appleton, Esq.
Assistant United States Attorney
United States Attorney's Office
915 Lafayette Blvd.
Bridgeport, CT  06604

John R. Gulash, Jr.